IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ACT FOR HEALTH, INC d/b/a
PROFESSIONAL CASE MANAGEMENT,**
a Colorado corporation,

**Plaintiff,**

v.                                                          No. 11-cv-80—WDS/ACT

**SILVER LINING SERVICES, LLC,**
a New Mexico Limited Liability Company,

**Defendant.**

### ORDER GRANTING STIPULATED MOTION
### TO DISMISS WITH PREJUDICE

This matter is before the Court on the stipulated motion of the parties to dismiss under Rule 41(a)(1)(ii), Fed. R. Civ. P. (Document 49) The Parties stipulate that this matter has been resolved on a confidential basis, and that the Court may enter an Order dismissing this action with prejudice, with each side to pay its own costs and attorneys' fees. The Court finds that the motion is well taken.

Accordingly, the parties' Stipulated Motion is GRANTED, and this matter is dismissed with prejudice, with each side to pay its own costs and attorneys' fees.

Dated: December 1, 2011.

_____
W. Daniel Schneider
United States Magistrate Judge